UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA

                                              09 Cr. 1120 (PKC)

      v.

                                                NOTICE OF MOTION PURSUANT TO
HAN CAVAN,                              F. R. Cr. P. 12(b)(3)(A)(iii); 48(b)(3)

                         Defendant.
--------------------------------------------------------X

      PLEASE TAKE NOTICE THAT the defendant, Han Cavan, hereby moves this Court for an Order dismissing the subject indictment on the ground that his Sixth Amendment right to a speedy trial has been violated.

      The return date of this motion is April 22, 2016.  The Government's Response is due on March 4, 2016.  The defendant's Reply is due on March 14, 2016.  The return date and all interim dates are subject to further Order of the Court.

DATED:    New York, New York
                February 12, 2016

                                                                    Respectfully,
                                                                    /S/ Arnold J. Levine
                                                                    Arnold J. Levine (AL6819)
                                                                    *Attorney for Han Cavan*
                                                                    233 Broadway, Suite 901
                                                                  New York, New York 10279
                                                                  212-732-5800

TO:    Edward Imperatore, Esq.
          Assistant United States Attorney
          2 St. Andrews Plaza
          New York, New York 10007