# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **COURT MINUTES - CRIMINAL** |
| Plaintiff, ) | |
| ) | Case No: 06-92(01)(DWF/AJB) |
| v. ) | Date: June 30, 2006 |
| ) | Court Reporter: Jeanne Anderson |
| HAN CAVAN, ) | Time Commenced: 3:45 |
| Defendant. ) | Time Concluded: 4:30 |
| ) | Time in Court: Hour & 45 Minutes |
| ) | |

Before DONOVAN W. FRANK, United States Judge.

APPEARANCES:

    For Plaintiff:    JEFFREY PAUSEN
    For Defendant:  KENNETH BOTTEMA  ☐ FPD    ☐ CJA  ☐ Retained  ☐ Appointed

PROCEEDINGS:

☐ **Arraignment** on ☐ Information, ☐ Superseding Indictment
☒ **Change of Plea Hearing.**
☐ **Initial Appearance.**
☐ Indictment waived.
☐ Defendant withdraws plea of as to Count(s):

☐ PLEA:

    ☒ **Guilty as to Count(s): One**    **PLEA AGREEMENT FILED**
    ☐ "Nolo Contendere" as to Count(s):
    ☐ Defendant admits allegations in the Information.

☒  Presentence Investigation and Report requested.
☐  Bond continued.
☐  **~Util Set/Reset Hearings:** Sentencing is scheduled for at before.
☒  Defendant remanded to the custody of the U.S. Marshal.

                                                                                                 s/Lowell Lindquist
                                                                                                         Deputy Clerk