# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | **COURT MINUTES - CRIMINAL** | |
| Plaintiff, ) | | |
| ) | Case No: | 06-92(01)(DWF/AJB) |
| v. ) | Date: | November 20, 2006 |
| ) | Court Reporter: | Jeanne Anderson |
| HAN CAVAN, ) | Time Commenced: | 9:00 |
| Defendant. ) | Time Concluded: | 9:45 |
| ) | Time in Court: Hour & 45 Minutes | |
| ) | | |

Before DONOVAN W. FRANK, United States Judge.

APPEARANCES:

  For Plaintiff:     JEFFREY PAULSEN, Assistant U.S. Attorney
  For Defendant:   WILLIAM WALKER, JR ☐ FPD   ☐ CJA ☒ Retained ☐ Appointed

Interpreter: ALEX LEE/Language: Laotian from Translanguage

☐ **Evidentiary Hearing** (only selection if witness list filed).

☒ **Sentencing.**

☐ Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to :

| Count. No. | Plea | Finding | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 117 months | | 3 years | | |

Said terms to run   ☐ concurrently   ☐ consecutively .

☒ Special conditions of Supervised Release:

**See J&C for special conditions**

☒ Defendant sentenced to pay:
    ☒ Fine in the amount of $WAIVED.
    ☐ Restitution in the amount of $
    ☐ Costs of prosecution in the amount of $ to be paid .
    ☒ Special assessment in the amount of $100.00.

☒ Plea and plea agreement accepted.
☐ Defendant released
☐ Execution of sentence of fine suspended.
☒ On Motion of the Government counts remaining as to this defendant are dismissed.
☒ Defendant remanded to the custody of the U.S. Marshal.

s/Lowell Lindquist<br>
Deputy Clerk