No. 706

The Embassy of the United States of America presents its compliments to the Department of Foreign Affairs and International Trade and wishes to request the extradition of Han CAVAN, also known as "Chino" ("CAVAN"), Jo VAN LO, also known as "Cousin" ("VAN LO") and William HICKS ("HICKS"). CAVAN is currently detained at the Fenbrook Institution in Gravenhurst, Ontario, Canada. VAN LO and HICKS are currently at large in Canada.' VAN LO's last known address is 103 Max Becker Drive, Kitchener, Ontario, Canada, N2E 3 W2. HICKS' last known address is 384 St. Paul Street, Apt. 201, Burlington, Ontario, Canada L7R 3K4.

CAVAN, VAN LO, and HICKS are wanted to stand trial for a narcotics charge. They are the subjects of an indictment in case number 09CRM1120, filed on November 19, 2009, in the United States District Court for the Southern District of New York, charging them with the following offense:

Count 1: Conspiracy to distribute and possess with intent to distribute cocaine, in violation of Title 21, United States Code, Sections 812, 841(a) (1), 841(b) (1) (A), and 846.

Warrants for the arrest of CAVAN, VAN LO, and HICKS, were issued on November 19, 2009, by order of the above court.

The above offenses are punishable under United States law by more than one year of imprisonment and are extraditable pursuant to Article 2 of the Treaty between the United States of America and Canada, signed at Washington December 3, 1971 and entered into force March 22, 1976, (the "1971 Treaty"), as replaced by Article 1 of the Protocol signed at Ottawa, January 11, 1988, and entered into force on November 26, 1991.

The Government of Canada is requested to seize and surrender all articles in the possession of the fugitives that may serve as evidence or be proceeds of or

acquired through the offenses for surrender with the fugitives if they are found extraditable to the United States. Seizure and surrender of articles is covered by Article 15(1) of the 1971 Treaty.

CAVAN was born on July 22, 1968, in Laos. He is a Canadian citizen and has brown eyes and black hair.

A photograph of CAVAN is included in the extradition documents.

VAN LO was born on August 25, 1965, in Laos. He is a Canadian citizen and has black eyes and black hair. His Canadian passport number is JG395963 and his Ontario driver's license is L6001-40506-50825.

A photograph of VAN LO is included in the extradition documents.

HICKS was born on February 17, 1976, in Canada. He is a Canadian citizen and has brown eyes and black hair. His Canadian passport number is JK661942 and his Ontario driver's license is H4112-78517-60217

. A photograph of HICKS is included in the extradition documents.

Documents in support of the requests for extradition, including a photograph of the fugitives, were forwarded directly to the Canadian Department of Justice

The Embassy of the United States of America avails itself of this opportunity to renew to the Department of Foreign Affairs and International Trade the assurances of its highest consideration.

Embassy of the United States of America,
    Ottawa, September 14, 2012.