# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>HAN CAVAN,<br>    Defendant. | **COURT MINUTES - CRIMINAL**<br><br>Case No:          06-92(01)(DWF/AJB)<br>Date:             June 30, 2006<br>Court Reporter:   Jeanne Anderson<br>Time Commenced:   3:45<br>Time Concluded:   4:30<br>Time in Court:    Hour & 45 Minutes |

Before DONOVAN W. FRANK, United States Judge.

APPEARANCES:

    For Plaintiff:    JEFFREY PAUSEN
    For Defendant:   KENNETH BOTTEMA  ☐ FPD    ☐ CJA  ☐ Retained  ☐ Appointed

PROCEEDINGS:

☐ **Arraignment** on ☐ Information, ☐ Superseding Indictment
☒ **Change of Plea Hearing.**
☐ **Initial Appearance.**
☐ Indictment waived.
☐ Defendant withdraws plea of as to Count(s):

☐ PLEA:

    ☒ **Guilty as to Count(s): One**    **PLEA AGREEMENT FILED**
    ☐ "Nolo Contendere" as to Count(s):
    ☐ Defendant admits allegations in the Information.

☒  Presentence Investigation and Report requested.
☐  Bond continued.
☐  **~Util Set/Reset Hearings:** Sentencing is scheduled for at before.
☒  Defendant remanded to the custody of the U.S. Marshal.

                                                                                 s/Lowell Lindquist
                                                                                        Deputy Clerk