

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 24, 2016

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     **United States v. Han Cavan, 09 Cr. 1120 (PKC)**

Dear Judge Castel:

In connection with the defendant's speedy trial motion in the above-referenced matter, a copy of the December 12, 2013 surrender decision of the Canadian Minister of Justice is enclosed.

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By:___/s/ *Edward Imperatore*_____
Edward A. Imperatore
Assistant United States Attorney
Southern District of New York
(212) 637-2327

Enclosure

cc:  Arnold Levine, Esq.