# ARNOLD J. LEVINE
### ATTORNEY-AT-LAW

THE WOOLWORTH BUILDING
233 BROADWAY STREET, SUITE 901
NEW YORK, NY 10007
Telephone:  (212) 732-5800
Facsimile:  (212) 608-3280
E-mail: NYCcrimlaw@aol.com

June 9, 2016

**VIA ECF**
Honorable P. Kevin Castel
United States District Judge
U.S. District Court for the Southern District
500 Pearl Street
New York, N.Y.  10013

Re: United States v. Han Cavan., 09 Cr. 1120 (PKC)

Judge Castel:

I am the attorney of record for Han Cavan, the defendant in the above-referenced matter pending before your Honor.  I am writing to request a further two-week extension, to 5:00 p.m. on June 24, 2016, for the parties' simultaneous submissions.  The reasons for my request is that I still have not received the minutes of the April 22, 2016, conference/argument.  On June 2, 2016, I received notification that my eVoucher Auth-24 for the minutes was approved.  On June 6, 2016, I submitted the CJA-24 via eVoucher to the SDNY Court Reporters' Office.  To date, however, I have not received the minutes.

I have spoken to AUSA Edward Imperatore, counsel for the Government, and he has advised me that he has no objection to this request.  Moreover, because the case is scheduled to be heard on June 24, 2016, at 2:00 p.m., I request that the case be adjourned for decision to a date convenient for the Court.  AUSA Imperatore has advised me that he will be unavailable the week of August 1, 2016, and I will be unavailable from June 27, 2016 - July 1, 2016; July 25-26, 2016; and from September 5, 2016 - September 12, 2016.

Sincerely,
 /s/ Arnold J. Levine
Arnold J. Levine (AL6819)
*Attorney for Defendant, Han Cavan*

c: AUSA Edward Imperatore (by ECF)