

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 27, 2016

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Han Cavan**, 09 Cr. 1120 (PKC)

Dear Judge Castel:

      The Government respectfully requests that for purposes of speedy trial calculations in the above-referenced matter, the time from today through July 8, 2016, the next pretrial conference date, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).  Defense counsel has advised that he has no objection to this request.

      Time has been excluded through June 26, 2016, the date of a previously scheduled pretrial conference.  On June 10, 2016, the June 26, 2016 pretrial conference was adjourned until July 8, 2016.  Accordingly, the Government now moves to exclude time through July 8, 2016.

      A proposed order excluding time pursuant to the Speedy Trial Act is enclosed for the Court's consideration.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney
                              Southern District of New York

                        By:   /s/ *Edward Imperatore*
                              Edward A. Imperatore
                              Assistant United States Attorney
                              Southern District of New York
                              (212) 637-2327

Enclosure

cc:   Arnold Levine, Esq. (by ECF)