UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA      :

    - v. -      :

HAN CAVAN,      :      **ORDER**

        Defendant.      :      09 Cr. 1120 (PKC)

- - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-28-16

      Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Edward A. Imperatore, of counsel, and without objection of counsel for the defendant, it is hereby ORDERED that the time from June 27, 2014 through July 8, 2014, the date of the next pretrial conference, (at 11:15 a.m.) is hereby excluded under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court has determined that such exclusion best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will allow the defendant to continue to review discovery and the parties to discuss a potential disposition of the case.

      SO ORDERED.

Dated:  New York, New York
        June __, 2016

                              THE HONORABLE P. KEVIN CASTEL
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF NEW YORK